NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE GUERRERO LOZANO, JR.,    )
                              )
        Appellant,            )
                              )
v.                            )     Case No. 2D18-68
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; Frederick R. Hardt,
Judge.

Jose Guerrero Lozano, Jr., pro se.

PER CURIAM.

        Affirmed.  See Wright v. State, 911 So. 2d 81 (Fla. 2005); State v.

Williams, 667 So. 2d 191 (Fla. 1996); Hoover v. State, 530 So. 2d 308 (Fla. 1988);

McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Smart v. State, 124 So. 3d 347

(Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v.

State, 965 So. 2d 861 (Fla. 2d DCA 2007); Peters v. State, 861 So. 2d 1236 (Fla. 2d

DCA 2003); Williams v. State, 734 So. 2d 1113 (Fla. 2d DCA 1999); Forshee v. State,

579 So. 2d 388 (Fla. 2d DCA 1991); Adams v. State, 901 So. 2d 275 (Fla. 5th DCA 2005); Graves v. State, 704 So. 2d 147 (Fla. 1st DCA 1997).

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.